UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.
JUN 23 PM 3:4

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| ERIC J. FAIR | JUDGMENT IN A CIVIL CASE |
| v. | |
| RICKY BELL | CASE NO: 05-2074-Ma |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on June 15, 2005, this cause is hereby dismissed.

APPROVED:

_/s/_

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT COURT

June 22, 2005
Date

THOMAS M. GOULD
Clerk of Court

_Earline Drayer_
(By)  Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-24-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02074 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Eric Fair
RIVERBEND MAXIMUM SECURITY INSTITUTION
229661
7475 Cockrill Bend Road
Nashville, TN 37209

Honorable Samuel Mays
US DISTRICT COURT